UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NATHANIEL DAVID HAMMOND                                            PLAINTIFF

v.                                                     CIVIL ACTION NO. 3:10CV-P176-S

LOUIS LAWSON *et al.*                                                      DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Defendants' motion to dismiss (DN 43) is **GRANTED**. Plaintiff's claims are **DISMISSED with prejudice.**

All remaining pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: July 27, 2011

                                                 **Charles R. Simpson III, Judge**
                                                 **United States District Court**

cc:      Plaintiff, *pro se*
         Counsel of record
4411.008